IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                        CRIMINAL NO. 3:08cr103TSL-LRA

PEARLEAN HOBSON RHODES

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2-4 of the Criminal Indictment, filed July 7, 2008, against the defendant, PEARLEAN HOBSON RHODES, without prejudice.

        STAN HARRIS
        Acting United States Attorney

Date: March 18, 2009        s/ S. Lynn Murray
        By:  S. Lynn Murray
             Criminal Division
             Mississippi Bar No. 3690

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2-4.

ORDERED this 20th day of March, 2009.

        /s/Tom S. Lee
        UNITED STATES DISTRICT JUDGE